IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
__VALDOSTA_____ DIVISION

**FILED**

**MAY 12 2020**

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

QUESTIONNAIRE FOR THE PRISONERS PROCEEDING
PRO SE UNDER 42 U.S.C. § 1983

WASEEM DAKER, #901373

_____

_____

_____

(GIVE FULL NAME AND PRISON NUMBER OF PLAINTIFF)

**Plaintiff**

VS.

TIMOTHY WARD, Commissioner, et al,
PLEASE SEE ATTACHED PAGES 7-14
AND PARAGRAPHS 8-15
FOR ALL DEFENDANTS

(NAME OF EACH DEFENDANT)

**Defendant(s)**

**CIVIL ACTION NO:**

████████████████

## I. GENERAL INFORMATION

1. Your full name <u>and</u> prison number WASEEM DAKER, #901373

2. Name and location of prison where you are <u>now</u> confined VALDOSTA STATE PRISON

3. Sentence you are now serving (how long?) LIFE PLUS 41.5 YEARS

   (a) What were you convicted of? MURDER, BURGLARY, FALSE IMPRISONMENT;
   AGGRAVATED BATTERY, CRIMINAL ATTEMPT TO COMMIT AGGRAVATED STALKING

   (b) Name and location of court which imposed sentence COBB COUNTY SUPERIOR COURT,
   70 HAYNES STR, MARIETTA, GA 30090

   (c) When was sentence imposed? 10/1/2012

   (d) Did you appeal your sentence and/or conviction?     Yes ☑   No ☐

   (e) What was the result of your appeal? AFFIRMED, DAKER V. STATE
   300 Ga. 84, 792 SE2d 382 (2016)

(1)

(f) Approximate date your sentence will be completed _LIFE / TBA_

## II. PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

4. Other than an appeal of your conviction or sentence, and other than any habeas action, have you filed a lawsuit dealing with the same or similar facts or issues that are involved in this action?

    Yes [✓]   No [ ]

5. If your answer to question 4 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

(a) Parties to the previous lawsuit INVOLVING SAME FACTS:

   Plaintiff(s): _WASEEM DAKER_

   Defendant(s): _GREGORY DOZIER, TIMOTHY WARD, ET AL_

(b) Name of Court: _MIDDLE DISTRICT OF GEORGIA_

(c) Docket Number: _5:19-CV-126_   When did you file this lawsuit? _4/8/2019_

(d) Name of judge assigned to case: _MARC THOMAS TREADWELL_

(e) Is this case still pending?   Yes [✓]   No [ ]

(f) If your answer to (e) is "No," when was it disposed of and what were the results?

   (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   _THE COURT ORDERED ME TO FILE THESE CLAIMS IN A SEPARATE LAWSUIT_
   _(DOC.9, DOC.16), WHICH I AM DOING NOW_

6. Other than an appeal of your conviction or sentence, and other than any habeas action, have you ever filed any lawsuit while incarcerated or detained?   Yes [✓]   No [ ]

7. If your answer to question 6 is "Yes," list that lawsuit below, giving the following information:

(IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH) _I HAVE FILED MANY FEDERAL AND STATE LAWSUITS, TOO MANY TO REMEMBER OR LIST BUT ALL OF MY FEDERAL CASES ARE ON PACER. PLEASE SEE PACER.GOV FOR ALL MY_

(a) Parties to the previous lawsuit: _FEDERAL LAWSUITS_

   Plaintiff(s): _WASEEM DAKER_

   Defendant(s): _GREGORY DOZIER, TIMOTHY WARD, ET AL_

(b) Name of Court: _MIDDLE DISTRICT OF GEORGIA_

(c) Docket Number: _5:19-CV-365_   When did you file this lawsuit? _9/11/2019_

(d) Name of judge assigned to case: _MARC THOMAS TREADWELL_

(e) Is this case still pending?   Yes [✓]   No [ ]

(2)

**(f)    If your answer to (e) is "No", when was it disposed of and what were the results?**
(DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

FOR MY STATE LAWSUITS, PLEASE SEE DOCKETS OF FULTON, COBB, MUNROE
BUTTS, TATTNALL, AND MACON COUNTY SUPERIOR COURT

**8. AS TO <u>ANY</u> LAWSUIT FILED IN <u>ANY</u> FEDERAL COURT** in which you were permitted to
proceed *in forma pauperis*, was any suit dismissed on the ground that it was frivolous, malicious, or
failed to state a claim?     Yes ☑    No ☐

   If your answer is Yes, state the name of the court and docket number as to each case:

2:14-CV-395 (N.D. TX)
5:15-CV-88 (M.D. GA) APPEAL PENDING
1:19-CV-1636 (N.D. GA) APPEAL PENDING
1:16-CV-3745 (N.D. GA) APPEAL PENDING
THERE MAY BE OTHERS, BUT I DON'T REMEMBER ALL MY CASES
PLEASE CHECK PACER TO BE SURE

## III. PLACE OF INCIDENT COMPLAINED ABOUT

**9. Where did the matters you complain about in this lawsuit take place?** GEORGIA STATE PRISON,
MACON STATE PRISON, BALDWIN STATE PRISON, VALDOSTA STATE PRISON

   **(a) Does this institution have a grievance procedure?**     Yes ☑    No ☐

   **(b) If your answer to question 9(a) is "Yes", answer the following:**

   **(1) Did you present your complaint(s) herein to the institution as a grievance?**
       Yes ☑    No ☐

   **(2) If Yes, what was the result?** I FILED GRIEVANCES, INCLUDING #233237,
#290956, #295775, WHICH WERE DENIED.

   **(3) If No, explain why not:** THE GDC GRIEVANCE PROCEDURE IS A SHAM,
DEAD-END PROCEDURE W/ OFFICIALS CONSISTENTLY UNWILLING
OR UNABLE TO PROVIDE RELIEF, AND A RUBBERSTAMP
PROCEDURE.

*(3)*

**(c) What, if anything else, did you do or attempt to do to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.**

PLEASE SEE ATTACHED SHEETS. (PAGES 7-40)
PARAGRAPHS 20-164

**(d) Did you appeal any denial of your grievance to the highest level possible in the prison system?** Yes ☑ No ☐

**(1) If Yes, to whom did you appeal and what was the result?** I APPEALED ALL THREE, AND ALL WERE DENIED.

**(2) If No, explain why you did not appeal:** THE GDC GRIEVANCE PROCEDURE IS A SHAM, RUBBERSTAMP, DEAD-END PROCEDURE W/ OFFICIALS CONSISTENTLY UNABLE OR UNWILLING TO PROVIDE RELIEF.

**10. In what other institutions have been confined? Give dates of entry and exit.**

| | |
|---|---|
| COBB COUNTY ADULT DETENTION CENTER, | 1/15/2010 - 10/3/2012 |
| GEORGIA DIAGNOSTIC & CLASSIFICATION PRISON, | 10/3/2012 - 4/7/2014 |
| GEORGIA STATE PRISON, | 4/7/2014 - 4/19/2018 |
| MACON STATE PRISON, | 4/19/2018 - 12/26/2018 |
| BALDWIN STATE PRISON, | 12/20/2018 - 12/26/2018 (AS A SLEEPER) |
| VALDOSTA STATE PRISON | 12/26/2018 - PRESENT |

**IV. PARTIES TO THIS LAWSUIT**

**11. List your CURRENT place of incarceration/mailing address.**

WASEEM DAKER #9013723, VALDOSTA STATE PRISON
P.O. BOX 5368, VALDOSTA, GA 31603

**12. List the full name, the official position, and the place of employment of each defendant in this lawsuit.** (ATTACH ADDITIONAL PAGES IF NECESSARY)

PLEASE SEE ATTACHED SHEETS. (PAGES 7-14.)
(PARAGRAPHS 8-19.)

## V.  STATEMENT OF CLAIM

13. In the space hereafter provided, and on separate sheets of paper if necessary, set forth your claims and contentions against the defendant(s) you have named herein.  Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them?  Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

DO NOT GIVE ANY LEGAL ARGUMENT OR CIT ANY CASES OR STATUTES AT THIS TIME; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULES 8 OF THE FEDERAL RULES OF CIVIL PROCEDURE <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, and <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

WHERE did the incident you are complaining about occur?  That is, at what institution or institutions? GEORGIA S.P., MACON S.P., BALDWIN S.P., VALDOSTA S.P.

WHEN do you allege this incident took place? SEPTEMBER 16, 2016 - TO PRESENT-DAY

WHAT happened? PLEASE SEE ATTACHED SHEETS (PAGES 7-40) PARAGRAPHS 20-164

(5)

**14. List the name and address of every person you believe was a WITNESS to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened.** (USE ADDITIONAL SHEETS, IF NECESSARY)

Please see Attached sheets (pages 7-40)
paragraphs 20-164

**15. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes!** (USE ADDITIONAL SHEETS, IF NECESSARY)

Please see attached sheets (pages 35-40)
paragraphs 165-186

**16.** You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

**17. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT.** That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. **YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT!  IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE!**  If you fail to prosecute your case, it will be dismissed under Rule 41 of the Federal Rules of Civil Procedure.

Signed this _____ day of _____, 20____.

_____
PLAINTIFF

(6)